UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cv-81106-ROSENBERG/REINHART

HENRY GRIGORIAN,
individually and on behalf of all
others similarly situated,                                    CLASS ACTION

    Plaintiff,                                              JURY TRIAL DEMANDED

v.

TIXE REALTY SERVICES INC. d/b/a
EXIT REALTY PREMIER ELITE,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff Henry Grigorian hereby notifies the Court that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of drafting a settlement agreement. Plaintiff anticipates filing a notice of dismissal within ten (10) days of this notice.

Dated: December 27, 2019

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713